# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 16, 2021**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Gariepy, Joseph A. | Docket No. | 2:20CR00151-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joseph A. Gariepy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 1st day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Joseph A. Gariepy is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of marijuana on June 3, 2021.

On December 4, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Gariepy. He acknowledged an understanding of the conditions, which included standard condition number 9.

On June 3, 2021, Mr. Gariepy reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of marijuana. Mr. Gariepy denied using marijuana at that time. Subsequently, the sample was sent to Alere Toxicology Services (Alere) for further analysis.

On June 4, 2021, the undersigned officer confronted Mr. Gariepy about the above-noted presumptive positive drug test. Mr. Gariepy admitted he had been experiencing anxiety and ingested marijuana to help him sleep.

On June 12, 2021, Alere confirmed Mr. Gariepy's urine specimen collected on June 3, 2021, tested positive for the presence of marijuana.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: June 15, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Gariepy, Joseph A.
June 15, 2021
Page 2

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

June 16, 2021
_____
Date