# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2021

SEAN F. McAVOY, CLERK

U.S.A. vs.          Gariepy, Joseph A.          Docket No.          2:20CR00151-RMP-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joseph A. Gariepy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 1st day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Joseph A. Gariepy is alleged to have violated his conditions of pretrial release supervision by admitting to ingesting marijuana and cocaine on August 14, 2021.

On December 4, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Gariepy. He acknowledged an understanding of the conditions, which included standard condition number 9.

On August 16, 2021, Mr. Gariepy and defense counsel contacted the undersigned officer. Mr. Gariepy admitted to the undersigned officer that he ingested cocaine and marijuana on Saturday, August 14, 2021.

Later on August 14, 2021, Mr. Gariepy reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of cocaine and marijuana.  Mr. Gariepy signed a substance abuse admission report acknowledging he used the aforementioned substances on "Sat."

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   August 20, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Gariepy, Joseph A.
August 20, 2021
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

August 23, 2021
Date