# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 26, 2021**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gariepy, Joseph A. | Docket No. | 2:20CR00151-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joseph A. Gariepy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington on the 1st day of December 2020, under the following conditions:

**Additional Condition #18:** Refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Joseph A. Gariepy is alleged to have violated his conditions of pretrial release supervision by admitting to consuming alcohol on or about October 10, 2021.

On December 4, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Gariepy. He acknowledged an understanding of the conditions, which included additional condition number 18.

On or about October 19, 2021, U.S. Probation Officer Shawn Kennicutt advised he interviewed Mr. Gariepy the previous week, for the purpose of a presentence investigation related to the instant federal matter. During that interview, Mr. Gariepy acknowledged he had recently consumed alcohol.

On October 20, 2021, the undersigned officer confronted Mr. Gariepy about his use of alcohol. Mr. Gariepy admitted he consumed one beer on October 10, 2021. Subsequently, the undersigned officer reminded Mr. Gariepy that he is to refrain from any alcohol consumption as a condition of his pretrial release supervision. Mr. Gariepy stated he had forgotten about this condition and said he would not consume alcohol in the future.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 26, 2021

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8
Re: Gariepy, Joseph A.
October 26, 2021
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

10/26/2021
Date