PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 24, 2021**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gariepy, Joseph A. | Docket No. | 2:20CR00151-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joseph A. Gariepy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 1st day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Joseph A. Gariepy is alleged to have violated his conditions of pretrial release supervision by testing positive for the presence of cocaine and morphine on November 5, 2021.

On December 4, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Gariepy. He acknowledged an understanding of the conditions, which included standard condition number 9.

On November 5, 2021, Mr. Gariepy reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of methamphetamine, cocaine and morphine.  Mr. Gariepy denied using those substances at that time.  Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On November 15, 2021, Alere confirmed the aforementioned urine specimen tested positive for the presence of morphine.

On November 16, 2021, Alere confirmed the aforementioned urine specimen tested negative for methamphetamine. However, Alere also confirmed the urine specimen tested positive for the presence of cocaine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:          November 23, 2021

by          s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8

**Re: Gariepy, Joseph A.**
**November 23, 2021**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[  ]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

_____11/23/2021_____

Date