PROB 12C
(6/16)

Report Date: July 28, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Joseph A. Gariepy | Case Number: 0980 2:20CR00151-RMP-1 |
| Address of Offender: ▓▓▓▓▓▓ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: May 11, 2022 | |
| Original Offense: | Distribution of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(c) |
| Original Sentence:  Probation: 5 years | Type of Supervision: Probation |
| Asst. U.S. Attorney:  Patrick J. Cashman | Date Supervision Commenced: May 11, 2022 |
| Defense Attorney:  Colin G. Prince | Date Supervision Expires: May 10, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On May 19, 2022, a U.S. probation officer reviewed Mr. Gariepy's conditions of probation with him. He signed his judgement acknowledging his understanding of his conditions of probation.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged that Joseph Gariepy violated the terms of his probation by committing the following: DV- harassment, threats to kill, DV- fourth degree assault and third degree  malicious mischief against his girlfriend on July 27, 2022. |
| | On July 27, 2022, at approximately 15:54, per Spokane Police Department (SPD) report 2022-20129911, officers responded to a domestic violence call.  SPD spoke with the victim's sister, who called Crime Check due to overhearing what she believed to be a domestic violence situation between her sister and her boyfriend, Joseph Gariepy.  Upon the arrival of the SPD, the victim was extremely difficult to interview because she was so upset and scared. |
| | The victim advised officers that she and Mr. Gariepy had an argument that became heated and he threw a rock (size of a cantaloupe) at her, hitting her and leaving a bruise on her thigh.  Mr. Gariepy broke a side table and said something similar to "Watch, bitch! When I get out of prison I'll kill you. I'll take everything from you!" |

Prob12C
Re: Gariepy, Joseph A
July 28, 2022
Page 2

Mr. Gariepy was not on scene when SPD arrived and he was not located thereafter. Felony warrants have been requested by the SPD.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/28/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/28/2022

Date