PROB 12C
(6/16)

Report Date: November 21, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 21, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph A Gariepy        Case Number: 0980 2:20CR00151-MKD-1

Address of Offender: ███████████  Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 11, 2022

| | |
|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(C) |
| Original Sentence: | Probation: 5 years        Type of Supervision: Supervised Release |
| Revocation Sentence: (December 22, 2022) | Prison- 12 months, 1 Day TSR- 24 months |
| Asst. U.S. Attorney: | U.S. Attorneys Office        Date Supervision Commenced: July 7, 2023 |
| Defense Attorney: | Federal Defenders Services        Date Supervision Expires: July 6, 2025 |

---

## PETITIONING THE COURT

To issue a summons

On July 18, 2023, a United States Probation office reviewed Mr. Gariepy's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Gariepy is alleged to have violated special condition number 4 by ingesting a controlled substance, methamphetamine, on or about November 7, 2024.

On November 7, 2024, the offender reported to the U.S. Probation Office. He submitted to a urinalysis which returned presumptive positive for methamphetamine, he denied use. It was sent to the lab for confirmation.

On November 16, 2024, the urinalysis returned positive for methamphetamine and diluted.

Prob12C

**Re: Gariepy, Joseph A**
**November 21, 2024**
**Page 2**

2  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Gariepy is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about November 9, 2024.

On November 15, 2024, the offender reported to the U.S. Probation Office. He submitted to a urinalysis which returned presumptive positive for methamphetamine, he admitted use and signed an admission form stating last use on November 9, 2024.  He was instructed to obtain a substance abuse and mental health assessment. He was also placed on the random urinalysis testing line starting immediately.

3  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Gariepy is alleged to have violated special condition number 4, by ingesting a controlled substance, methamphetamine, on or about November 14, 2024.

On November 18, 2024,  After further questioning the offender on when he last ingested methamphetamine,  he admitted to using methamphetamine for the past 1 ½ weeks with the most recent use on November 14, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/21/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

**Prob12C**
**Re: Gariepy, Joseph A**
**November 21, 2024**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

11/21/2024
_____
Date