PROB 12C
(6/16)

Report Date: December 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph A. Gariepy | Case Number: 0980 2:20CR00151-MKD-1 |
| Address of Offender: ▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 11, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(C) | | |
| Original Sentence: | Probation: 5 years | Type of Supervision: Supervised Release | |
| Revocation Sentence: (December 20, 2022) | Prison: 12 months, 1 Day TSR- 24 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: July 7, 2023 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: July 6, 2025 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/21/2024.

On July 18, 2023, a United States probation officer reviewed Mr. Gariepy's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Gariepy is alleged to have violated special condition number 4 by ingesting a controlled substance, methamphetamine and amphetamine, on or about November 22, 2024. |
| | On November 22, 2024, Mr. Gariepy reported to the United States Probation Office as instructed. He submitted a random urinalysis, which returned presumptive positive for methamphetamine and amphetamine. He denied any use since November 14, 2024. The |

Prob12C  
Re: Gariepy, Joseph A.  
December 4, 2024  
Page 2

specimen was sent to the national laboratory for confirmation. On December 2, 2024, the urinalysis from November 22, 2024, returned from the laboratory positive for methamphetamine and amphetamine.

5  **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but not more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Gariepy is alleged to have violated special condition number 5 by consuming alcohol on or about December 2, 2024.

On December 3, 2024, Mr. Gariepy reported to the United States Probation Office as instructed. He submitted a random urinalysis, which returned presumptive positive for alcohol. Initially, he denied stating it must be from medication he was taking for his cold. After additional questioning, he admitted drinking on December 2, 2024, and stating he did not think it would show up in his urinalysis.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 4, 2024

s/Courtney Hambel

Courtney Hambel  
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action  
[ ]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]   Defendant to appear before the Judge assigned to the case.  
[X]   Defendant to appear before the Magistrate Judge.  
[ ]   Other

M. K. Dimke

Signature of Judicial Officer  
12/5/2024  
Date